IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDERNESS WORKSHOP, et. al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 23-678-JMC |
| MERYL HARRELL, et al., ) | |
| Defendants, ) | |
| Berlaimont Estates, LLC ) | |
| Intervenor-Defendant ) | |

**NOTICE OF FILING FIRST AMENDED COMPLAINT**

Plaintiffs, through counsel, amends its Complaint, as a matter of course. Fed.R.Civ.P. 15(a)(1)(B). This is the first amendment and no responsive pleading has been filed. Therefore, the amendment does not require written consent of the opposing parties or the Court's leave. *Id*.

Pursuant to LCvR 7(i), the proposed amended pleading is provided as an exhibit. Ex. 1.

RESPECTFULLY SUBMITTED April 18, 2023:

                                                s/ Travis E. Stills
                                                **Travis E. Stills, D.C. Bar #C00101**
                                                Energy & Conservation Law
                                                227 E. 14th St. #201
                                                Durango, Colorado 81301
                                                (970) 375-9231
                                                stills@eclawoffice.org

                                                **Peter Hart D.C. Bar # CO0111**
                                                Wilderness Workshop
                                                PO Box 1442/520 S. 3rd St, Suite 27
                                                Carbondale, CO 81623
                                                (970) 963-3977 x12
                                                peter@wildernessworkshop.org

**Matthew Sandler, D.C. Bar #CO01105**
Rocky Mountain Wild
1536 Wynkoop St.  Suite 900
Denver, CO 80202
303-579-5162
Matt@rockymountainwild.org

*Attorneys for Plaintiffs*