IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:23-cv-00678-JMC

WILDERNESS WORKSHOP, ROCKY MOUNTAIN WILD,
    Plaintiffs,

  v.

MERYL HARRELL, CHRIS FRENCH, SCOTT FITZWILLIAMS, FRANK BEUM, TAMARA ANGEL, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE,
    Defendants,

BERLAIMONT ESTATES, LLC,
    Defendant-Intervenor.

---

## DECLARATION OF BILL ANDREE

---

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Bill Andree and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2. I am a member of Wilderness Workshop.

3. I lived and worked in the Eagle Valley for 39 years. I moved to Idaho in 2020, but I return to Colorado often to see my son and visit friends in Eagle and Edwards. I plan to continue my frequent visits indefinitely.

4. I graduated from Colorado State University in 1979 with a B.S. in Fishery and Zoology. I spent my professional career managing wildlife for the Colorado Department of Natural Resources.

5. I started working with the Colorado Division of Wildlife in 1980. I was the District Wildlife Manager for the Vail District from 1981 until retirement in July of 2018.

6. My experience in wildlife management is long and various. From 1989-1991 I supervised the study on Bighorn Sheep at Booth Creek and supervised the Colorado Lynx survey crew from 1991-1993. I was published in Wildlife Society Bulletin, and one of the co-authors of *The Effects of Ski Area Expansion on Elk*. I was a member of the Colorado Division of Wildlife Lynx Recovery Team.

7. I received some notable awards during my career that speak to my varied interests and expertise. In 1985 I received the award for Colorado Wildlife Officer of the year by the Shikar-Safari Club International. In 1991 I was awarded Wildlife Professional of the year by Colorado Trappers Association. In 1992 I received the Professional Achievement Award in Wildlife Management from the Colorado Chapter of The Wildlife Society. In 2007 I received the Wildlife Lifetime Achievement Award by the Colorado Division of Wildlife.

8. While working for the Division of Wildlife, the Berlaimont project area was within my District. I am intimately familiar with the land there and the values that exist there. I have provided written comments on the negative impacts this development will have on wildlife since 2002. Even after I retired from Colorado Parks and Wildlife, I still attended public meetings and submitted written comments documenting the negative impacts this proposal would have on wildlife.

9. In my 39 years in the Eagle Valley, I saw dramatic changes. Most notable to me with my educational and professional focus on wildlife, were the changes in wildlife populations, wildlife migrations, and in the quality of habitat in the area. During the 1980's, I started trapping and marking elk with neck bands and radio collars to develop a better understanding of how elk were using the Eagle Valley and to document critical habitats. This study continued until the early 2000's. These studies resulted in 3 master thesis and 1 PhD thesis

for students from Colorado State University. All of these studies were peer reviewed and published. At the time, the Upper Eagle Valley elk herd was one of the most studied elk herds in the state. This herd is the same herd that will be impacted by the Berlaimont proposal.

10. The studies documented the negative impacts from habitat loss and human disturbance on the elk herd. We also started tagging black bears and mountain lions to develop a more robust data set on population levels. In the mid 2000's we radio tagged sage grouse to document their populations levels and habitat uses. This study allowed us to document sage grouse use of the Berry Creek area during winter, a critical time period. The Berry Creek study area will be paved and opened to year-round traffic under the U.S. Forest Service (USFS) decision to approve Berlaimont's road.

11. These studies provided critical information on not just population levels but also migratory movements and critical habitats. These studies have provided the background for documenting the severe decline in wildlife populations in the Eagle Valley. This decline was caused by several factors, including habitat loss, fragmentation, increased housing development, human population, increased roads, and increased recreation impacts. These are the same types of impacts that will result from, and be intensified by, approval of Berlaimont Estates.

12. After the severe winter of 2007-2008 the deer and elk herds did not recover as they should have from the severe winter. It was clear that there was something more than just the severe winter impacting the wildlife populations in the Eagle Valley. In the mid 1990's and early 2000's, wildlife studies documented the negative impacts on wildlife from human recreation.

13. In 2000 a study done in the Eagle Valley on elk documented human disturbance during calving had significant impacts on calf survival. The USFS Starkey research station was providing studies on the significant impact of recreation on deer and elk. The research from the Starkey project was significant but the most surprising factor from the Starkey project was that the USFS, especially the White River National Forest refused to use its own research data in analyzing the wildlife impacts from recreation.

14. In 2017 another study titled *Increases in residential and energy development are associated with reductions in recruitment for a large ungulate* (Heather Johnson et.al), found that residential housing had two times the magnitude of effect of any other factor we investigated, and energy development had an effect size similar to key weather variables known to be important to ungulate dynamics. To those of us that had worked on wildlife impacts near sprawling ski area towns, this was not surprising. For years most people looked at energy development as the greatest impact on deer and elk. But with this new study, the impact from housing development was revealed, and confirmed, as a major factor on elk and deer declines.

15. My experience with the White River National Forest convinces me that facilitating private resort development (recreation and housing) related to Vail, Aspen, and other developments dependent on the use of the National Forest System is the priority. Even in areas that are shown in the Forest Plan to be managed for wildlife, the White River National Forest chooses resort-related development over wildlife.

16. During my 38-year career managing wildlife in the Upper Eagle Valley, I worked on dozens of mitigation plans both with private parties and the USFS. What is clear from this time is that there have been no serious efforts to adopt effective and binding mitigation measures.

The biggest problem has been the unwillingness of the decision maker to step up and require the mitigation be completed in perpetuity by the responsible party. The second problem with the USFS mitigation plans is that they don't require the mitigation be completed and shown to be effective before development is started. Instead, they allow the development to start and often be completed before any mitigation occurs. Mitigation plans must be both specific enough to implement and flexible enough to adapt if the mitigation is not working as planned. Mitigation, particularly involving wildlife such as deer and elk, is not a one-time deal, it must be in perpetuity. What stunned me most during my 38-year career is the complete lack of concern shown by the White River National Forest for protecting wildlife. The Berlaimont decision is just one more example, even stating the decision will result in wildlife losses.

17. I have long used and enjoyed the public lands around the Berlaimont parcel for professional and personal reasons. From 1988 to 2001 I lived in the Homestead subdivision which is south of I-70 and my living room window overlooked the Berry Creek drainage west to Red Canyon where the Berlaimont road will be built. I was able to see the majority of the area that the Berlaimont proposal would impact from my home. My family and I spent many hours watching the Berry Creek drainage from that window. My family enjoyed countless days hiking, horseback riding, hunting, fishing and watching wildlife in the area during all seasons. I enjoy similar views from many vantage points, including the National Forests and the homes of family and friends that I regularly visit, and plan to visit in the future. These views, and viewing elk and deer, bring me considerable aesthetic pleasure and fulfillment.

18. Within the scope of my job as District Wildlife Manager I would spend over 90 days per year within the Berry Creek drainage. In addition, I was the designated individual to complete

annual winter surveys to collect age and sex ratios for deer, elk and moose from a helicopter for the Colorado Division of Wildlife (now called Colorado Parks and Wildlife (CPW)). Those surveys included the Berlaimont project area.

19. Even though I have moved from the Eagle Valley I still return several times per year. The development of the Berlaimont road would negatively impact my, and my family's, use and enjoyment of the area and my future plans to take my grandchildren on some of their first hikes and fishing trips there.

20. I am aware of at least 3 different owners of the property now owned by Berlaimont Estates. Two of the ones before Berlaimont also had plans to develop the parcel, but both of them realized that the development would be extremely difficult and had the potential to fail. In 2002 the USFS conducted a scoping analysis on a project referred as the Edwards Overlook. I provided comments for the CDOW detailing the negative impacts the project would have on wildlife. All of these parties were aware of the existing access to the parcel.

21. In 2009, when the Berlaimont Estates proposal was first proposed, I was involved in drafting comments from the CDOW. Those comments included an inventory of wildlife values in the area, including important habitat for mule deer, elk, black bears, Colorado river cutthroat trout, among others. The comments highlighted damage that Berlaimont's road and the proposed development would do to important values in the area.

22. The proposed road bisects mule deer winter range, winter concentration areas, severe winter range and migration corridor. All mule deer habitat in Eagle County is designated as critical winter habitat by CDOW. This designation is based on the significant reduction in deer habitat and any additional loss of habitat would result in negative impacts on the deer population. The road will also go through the mule deer migration corridor that is considered

the second largest in the state. The impacts from this proposal would result in significant loss of mule deer habitat resulting in the reduction of available habitat and a reduction in the deer population.

23. The proposed Berlaimont road bisects elk winter range, winter concentration areas, and severe winter range. Winter habitat is the limiting factor for elk in the Eagle Valley. The USFS lands around the proposed road contain elk calving habitat, increased human activities in elk calving areas do have a negative impact on calf survival.

24. The proposed road bisects black bear overall habitat and fall feeding habitat. Because of the abundant berry crop bears move into this area from surrounding areas to feed in the fall.

25. The Berry Creek drainage contains a breeding population of Colorado River Cutthroat trout. Because of this, control of sediment, runoff and winter traction control methods would impact these species in Berry Creek. The lower quarter of the road would be within the Berry Creek drainage. Colorado River Cutthroat trout are a species of special concern.

26. The comments also made the point that the area contains important sage grouse habitat, habitat for brewer's sparrow, and sensitive plant species. The proposed road would pave this habitat.

27. In the comments we also made the point that: "This property was knowingly purchased with a seasonal access that does provide reasonable use and enjoyment. The potential impacts to wildlife from this proposal are so significant that they will out weigh any public benefits that could be perceived by this project."

28. We made it clear that the proposed road would increase fragmentation in the area, as well as road kills and create a potential blockage of an important mule deer migration corridor. Snow piles from winter snowplowing, along with large retaining walls and guard rails necessary to

build a road in this mountain area, may trap wildlife on the road prism where vehicle collisions are inevitable.

29. The Forest Service, and the materials it published for comment, did not acknowledge potential impacts on Canada lynx habitat, a species protected under the Endangered Species Act. It has come to my attention that Forest Service "addendum" to the Record of Decision revealed that the road, and the development itself, may affect lynx and lynx habitat on private and National Forest lands. The concealment of this information until the 11th hour, after agency and public comment was closed, is consistent with my experience and what I believe is a White River National Forest bias favoring development and disfavoring protection of important wildlife habitat.

30. We also made the point that building this road will increase recreation, which also has a huge and detrimental impact on wildlife.

31. To me, the Berlaimont Estates proposal is ludicrous. Indeed, everyone seems to agree except the USFS. The proposal is not reasonable and impacts that will occur from the road have not been minimized.

32. It seems like the USFS (at least the White River National Forest) is doing business as usual and not owning up to their part in causing the wildlife decline. The agency says that this project will have significant impacts on wildlife, including leading to direct mortality. But they say they'll try to mitigate as best they can rather than acknowledging that the proposal is unreasonable altogether. My review of the Record of Decision and other project documents do not support the Forest Service conclusion.

33. The track record for the White River National Forest's Holy Cross Ranger District on following up on mitigation measures required in environmental analyses is abominable.

Frankly they can't be trusted to follow through with mitigation or taking action against projects that fail to complete the mitigation. Here are a few examples:

- The Beaver Creek Ski area EA required protection of the SB&AH Ditch in Beaver Creek for elk calving. Ditch was not maintained despite the commitment to keep ditch open because elk gathered there for calving. After a mudslide the ditch was dewatered and turned into a trail. No dogs were allowed in Beaver Creek except for homeowners. Commitment to limit dogs in Beaver Creek has been largely abandoned. The Beaver Creek EA also setup the Meadow Mountain Cooperative Agreement to set aside 1990 acres to the east of Beaver Creek to be managed for elk habitat. The White River National Forest approved a recreation trail though the heart of the 1990 acres that goes against the objectives of the Cooperative Agreement. The failure to adopt and enforce binding mitigation has diminished the elk herds, and my enjoyment of them.
- The EA for the Cascade (Westin Lift) lift in Vail had the requirements that there be no new snow trails, this included the area under the ski lift this was to protect the winter range being used by deer and elk during the winter. Skier use of the area under the ski lift is heavy enough to develop moguls and deer and elk have abandoned the area. Vail Resorts was to set up a mitigation fund for wildlife projects that fund has disappeared. The Whiter River has been notified of these issues but refuses to take any action.

34. But as importantly as the agency's poor track record on mitigation, the agency is doing nothing at all to protect wildlife habitat, much less trying to improve wildlife habitat when considering the direct, indirect, and cumulative impacts of Berlaimont Estates and similar proposals. The White River National Forests should be focused on protecting migration corridors and critical habitats involving the National Forest, but instead the agency approves

whatever proposal is submitted that would allow more year-round development in an area already severely impacted by Vail Resorts and other businesses that are operated on National Forest System lands.

35. When you look across the western states almost every federal and state agency is trying to maintain and/or improve wildlife migration corridors and critical habitat except for the local USFS ranger districts on the White River National Forest.

36. In this case, the approval requires a Forest Plan amendment that eliminates wildlife protections for the area around Berlaimont Estates. The Forest Service has identified some vague and non-binding mitigation, but it won't eliminate the impacts. Although the environmental documents I reviewed do not support a conclusion as to whether or not mitigation MIGHT reduce some impacts, such mitigation still involves a net loss for wildlife. And, frankly, local wildlife populations cannot sustain much more net loss. The net is so thin at this point, that there isn't much left to catch them as they fall.

37. The White River's lack of wildlife protection flies in the face of the public interest, or community needs, and the environmental policy the new administration has outlined. Requiring the Forest Service to conduct a serious inquiry, subject to public input, that reveals the benefits of denying Berlaimont Estates' request to use the National Forests for its luxury development proposal is imperative if the USFS wants to restore some public trust.

38. Invalidating the decisions that facilitate the Berlaimont Estates proposal, including the Environmental Impact Statement and Record of Decision (and addendums thereto) and requiring the White River National Forest to adhere to the substantive and procedural requirements of federal law would be an important step toward protecting my interests in this landscape and the wildlife that my family and I enjoy, and hope to enjoy for additional

generations. Leaving the decisions in place is a potential death knell for viable deer and elk herds, and other wildlife, that depend on the good-faith management of the National Forests that is not evident in the White River National Forest's decisionmaking regarding the Berlaimont Estates proposal.

Under penalty of perjury, I swear the foregoing is true and correct.

Dated: 7/4/23

*Bill Andree*

Bill Andree