IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:23-cv-00678-JMC

WILDERNESS WORKSHOP, ROCKY MOUNTAIN WILD,
    Plaintiffs,

  v.

MERYL HARRELL, CHRIS FRENCH, SCOTT FITZWILLIAMS, FRANK BEUM, TAMARA ANGEL, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE,
    Defendants,

BERLAIMONT ESTATES, LLC,
    Defendant-Intervenor.

---

## DECLARATION OF TIM R. WOLF

---

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Tim R. Wolf and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2. I am a member of Wilderness Workshop and have been since I became aware of the Berlaimont Estates project years ago. Wilderness Workshop has long been out in front fighting this abominable proposal. I joined the group to help the cause.

3. I currently live in Gypsum, Colorado. I have lived in the Eagle Valley for more than 20 years—long enough to see deer and elk populations dwindle so drastically that I stopped

hunting here altogether. That's a big deal to me. Hunting is a passion that has defined my life since I was a young boy growing up in Montana. I still enjoy observing the deer and elk that remain, and intend to do so at every opportunity, but the impacts of the Berlaimont Estates project threatens to further diminish my enjoyment, whether through actually viewing of wildlife or my knowledge that local wildlife are under seige.

4. The decline of wildlife in our area is tied to many factors, but notably to our development and increased use of their best habitat.

5. I own a plumbing and heating business in the Valley, but I've stopped taking new construction projects altogether because new development, the influx of new people, and increased demands on public lands are driving the loss of functional wildlife habitat and healthy wildlife populations. Maintaining local wildlife is more important to me than the money I could make on new construction.

6. I am very familiar with the landscape, wildlife, recreation use and development patterns in the area. Basically, wildlife has always drawn the short straw, and wildlife habitat has been eaten up and destroyed by development and increasing recreation.

7. I've spent time in the Berlaimont area, including lots of time admiring wildlife in the area. Any winter day you can see good numbers of deer and elk on the south facing hillside that Berlaimont developers want to pave. I've spent many hours glassing those hillsides, admiring the wildlife that we've still got in the area. Though my thoughts often circle back to how much we've lost.

8. The Berlaimont area is one of the last in the Valley to have 1000 to 2000 head of elk wintering on it during any given year. That used to be the case with hillsides south of Interstate 70 years ago. But the ski industry and high-end development killed those numbers.

9. Ski slopes are like golf courses. Development shows up all around them, and the habitat for deer and elk just shrinks and shrinks. Now there are relatively few deer and elk on the south side of Interstate 70. That makes protection of the National Forests impacted by the Berlaimont Estates proposal all the more important.

10. As long as wildlife remain in the area, I intend to keep returning to the Berlaimont area and to continue glassing the hillside there for wildlife during the winter months. It brings me such great joy and peace to see wildlife surviving the trials of nature on the public lands Berlaimont wants to develop.

11. In the last few years, I started a local group called Friends of Wildlife with the goal of bringing people together to protect our dwindling wildlife populations and habitat. It seems like we have a brief window to protect the critical habitat we have left in this valley. Approving a damaging new road to the speculative Berlaimont Estates development through critical winter range is the last thing this community needs at the worst time.

12. Enough is enough! I often wonder: do our local wildlife not have any value against big money? The proponent and the Foerst Service say that they'll do all they can to mitigate potential impacts to wildlife habitat and wintering wildlife caused by the road. But mitigation of wildlife habitat consistently results in a net loss. Mitigation has a proven history of failure. It simply cannot replicate what it seeks to replace.

13. If we want to protect our resources and wildlife, a big part of what lured us all here in the first place, we cannot continue to pave and bulldoze the habitat these animals need. We must begin making decisions that protect and rejuvenate remaining habitat.

14. I've witnessed the impact of a busy road on wildlife. Animals spook and they get hit by cars. That's no way to protect the little good habitat we've got left.

15. Habitat is extremely limited during the winters, when snow is deep. Wildlife numbers are down as a result of decsions we have made to develop and degrade critical winter habitat, and we still continue to destroy quality winter range.

16. Indeed, the U.S. Forest Service acknowledges there will be significant wildlife loss with approval of Berlaimont's paved road.

17. Nonetheless, the agency is ignoring lessons that we all should have learned from development throughout the rest of the Valley.

18. Based on contorted logic that fails to minimize harm to wildlife and sensitive habitat, the Forest Service has greenlighted this ridiculous road — calling this speculative subdivision a reasonable use and the damaging road adequate access. Approving Berlaimont Estates is totally unreasonable given the impacts it will have. Indeed, access to the parcel that exists today is adequate for reasonable uses that reasonable people would be expected to enjoy up there. The parcel should be used and developed like other inholdings in Eagle County, including Piney River Ranch and Fulford, via seasonal dirt road.

19. Paving sensitive wildlife habitat to facilitate development of a speculative, unwanted new subdivision is not reasonable. Denying the damaging new road and stepping up protections for declining wildlife populations would be the prudent thing to do. This is an ethical question at this point, and the answer should be easy: Deny Berlaimont's unreasonable request.

20. Eagle County residents undeniably have said no to this road and this development. Climate change underscores how unreasonable this proposal is. The West is on fire every year. Paving Berlaimont's road will put multi-million dollar houses in fire's path. It will create a

need to protect those structures, putting people at risk. It will also increase the likelihood of fire in the area, since most fires are caused by people and Berlaimont will increase use.

21. That's a risk to local communities, to first responders, to public coffers, and to public lands and wildlife. The risk isn't balanced by any public benefit.

22. Previous projects have shown that paving sensitive habitat is a death sentence to our local wildlife over time. These animals are already on the ropes due to past decisions. Berliamont will be a knockout blow.

23. To me, the Berlaimont road will destroy a safe and needed haven that currently allows wildlife to continue to exist. But it is bigger than that, as this project sets precedent about how other developers might exploit a federal law applicable subsistence and indigenous rights in remote areas of Alaska for commercial development in Colorado's dwinding wildlife habitat. With that in mind, this project simply becomes a stepping stone for more development that ruins habitat and other important public land values. To me, it is a heart breaker. Greed is destroying the planet. The Courts have the power to turn this around, and that would be doing the right thing for our future generations. They'll need all the help they can get.

24. John F. Kennedy famously said: "One person can make the difference and everyone should try." That's why I've added my voice to the choir of opposition to Berlaimont's damaging and destructive plan and the Forest Service's imprudent approval decision.

25. If the Berlaimont proposal is built, it'll break my heart. I don't think I'll be able to return to the area due to the grief of loss I'd feel.

Under penalty of perjury, I swear the foregoing is true and correct.

Dated: 7/4/23

*T R Wolf                7/4/2023*
_____

Tim R.Wolf