IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:23-cv-00678-JMC

WILDERNESS WORKSHOP, ROCKY MOUNTAIN WILD,
    Plaintiffs,

  v.

MERYL HARRELL, CHRIS FRENCH, SCOTT FITZWILLIAMS, FRANK BEUM, TAMARA ANGEL, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE,
    Defendants,

BERLAIMONT ESTATES, LLC,
    Defendant-Intervenor.

## DECLARATION OF PAIGE SINGER

Pursuant to 28 USC 1746, I declare as follows:

1. My name is Paige Singer, and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2. I have been a member of Rocky Mountain Wild (RMW) since 2007. At the time I joined Rocky Mountain Wild, it was known as Center for Native Ecosystems. Center for Native Ecosystems was joined by Southern Rockies Ecosystem Project in 2008, and then merged with Colorado Wild in 2011. When Center for Native Ecosystems merged with Colorado Wild, it became known as Rocky Mountain Wild. Each of Rocky Mountain Wild's predecessor organizations enjoyed many years of successful conservation advocacy. Rocky Mountain Wild envisions a biologically healthy future for the Southern Rocky

Mountains of Colorado, Wyoming, Utah and New Mexico – one that includes a diversity of species and ecosystems, thriving wildlife populations, and a sustainable coexistence between people and nature. Rocky Mountain Wild uses the best available science to forward our mission through participation in policy, public outreach and organizing, administrative processes, legal action, and education. Rocky Mountain Wild works to connect, protect and restore wildlands, such as the I-70 corridor, for wildlife, including the Canada lynx, elk, deer, and all species in the Southern Rocky Mountains.

3. I worked as a part-time Staff Biologist for Rocky Mountain Wild (then Center for Native Ecosystems) from February 2008 to June 2008. In September 2008, I began work as a full time Staff Biologist and GIS Specialist for Rocky Mountain Wild (then Center for Native Ecosystems). I continue to be employed in this position at 32 hours a week with the title of Conservation Ecologist and GIS Specialist. Since 2008, I have taken the lead on most Canada lynx issues in the Southern Rockies for Rocky Mountain Wild. I am also Rocky Mountain Wild's lead staff person on its Connected Landscapes program, the goal of which is to preserve or improve habitat connectivity for wildlife on the move throughout the region. This work has involved countless hours spent trying to get wildlife crossing structures constructed on Vail Pass. This is just one effort to increase connectivity in and around the Eagle Valley. I have spent years placing wildlife cameras on Vail Pass to document the species in the area, where they are migrating, and how they are being impacted by increased human presence and development.

4. Rocky Mountain Wild has worked on a study to document the recent elk population declines in the Eagle and Roaring Fork Valleys. This study showed the negative impact of human development on elk populations. Paul Millhouser, the study's author, met with

officials at the U.S. Forest Service who were considering approval of the Berlaimont proposal after the study was released. The study shows that an increase in human population and everything associated with it — more residential development and people using more toys to push farther into the woods at all times of the year — have overwhelmed the ability of the elk herds to adapt and cope. As a result of this study RMW has increased our efforts to protect elk habitat and connectivity corridors. As you can see on this map, building 19 mansions on the Berlaimont land will impact important elk winter and severe winter range.



Severe winter range and winter concentration areas for elk (yellow road route is proponent's requested alignment)

5.  I have worked on lynx and lynx habitat issues since 2005, when I began my graduate studies at the University of Montana in Missoula, Montana. During my graduate studies, I

3

completed two reports on lynx. In the fall of 2005 I wrote a report titled *A Scientific Assessment of Critical Habitat for Lynx (Lynx Canadensis) in the Northern Rockies Region of the United States*. In the spring of 2006, I did a research project for Rocky Mountain Wild (then Center for Native Ecosystems) titled *A Legal Argument for Critical Habitat Designation for Canada Lynx (Lynx Canadensis) in the Southern Rockies*.

6. As a Conservation Ecologist and GIS Specialist for Rocky Mountain Wild, I have continued to work on lynx and lynx habitat issues. For example, when the U.S. Fish and Wildlife Service reopened the comment period for the revised proposed critical habitat in 2008, I was the primary author on the comments written by Rocky Mountain Wild (then Center for Native Ecosystems) on the exclusion of the Southern Rockies from the designation. I continued to be the primary author on our comments for the Fish and Wildlife Service's 2013 proposed revised critical habitat designation. Several coalition partners signed onto both the 2008 and 2013 comments. I was the lead scientist for Rocky Mountain Wild on our challenge to the 2009 and 2014 final critical habitat designations, in response to which the Court remanded the designation back to the Fish and Wildlife Service both times. I was also the lead scientist for Rocky Mountain Wild on our lawsuit against the Fish and Wildlife Service for their delay in recovery planning for lynx, a case which successfully compelled the agency to complete recovery planning for lynx by 2018. In 2015, I also submitted information to the Fish and Wildlife Service on behalf of several coalition partners when the agency requested information in preparation of their 5-year review for Canada lynx. When the Forest Service released its final decision on the Southern Rockies Lynx Management Direction in October 2008, I was the primary author on the appeal onto which several coalition partners signed. In addition, I have

contributed to several sets of comment letters on land use projects and management plans written by Rocky Mountain Wild or coalition partners in regards to the impacts that projects and plans would have on Canada lynx and lynx habitat.

7. I have been fortunate that a number of opportunities have allowed me to conduct work in the field in potential lynx habitat and areas occupied by lynx. For example, for my Master's project entitled *Field Method Efficacy to Detect Medium and Large Mammal Presence Near Roadways at Vail Pass, Colorado,* I conducted a study using track and scat surveys, hair snares and remote sensing cameras to investigate which monitoring techniques are most effective at documenting various species presence and activity across the Vail Pass habitat linkage. Lynx have been documented in the Vail Pass area and lynx use of the area is highly probable based on habitat in the area so I was hoping that I would find evidence of lynx in the area with any of the methods I was using to detect wildlife.

8. During the summers of 2006 and 2007, I worked with Southern Rockies Ecosystem Project (now a part of Rocky Mountain Wild) as the program coordinator for their Citizen Science Monitoring Program. For this program, volunteers, as well as myself, maintained several cameras set up along Vail Pass on I-70 and Shrine Pass Road which runs next to I-70 at the top of Vail Pass. This project also ran through the summer of 2008 and included winter tracking during at least one winter during the life of the project. As lynx have been documented in the Vail Pass area and lynx use of the area is highly probable based on habitat in the area, we hoped to "capture" lynx with the cameras. We also looked for other evidence of lynx such as scat or tracks while visiting our camera sites.

9. As part of Rocky Mountain Wild's assessment of I-70 for which field work was conducted in 2009 and 2010, we set up motion triggered cameras in several areas where lynx have been documented. These areas include Herman Gulch/Watrous Gulch, Laskey Gulch, west Vail Pass, east Vail Pass and Dowd Junction. Because these cameras were in Forest Service identified lynx linkages and either in potential lynx habitat (Colorado Parks and Wildlife defines potential habitat as "those areas having the highest potential of lynx occurrences in the state. These areas usually contain positive, probable, or possible reports"), or in areas where lynx have been documented before, we were looking for and hoping to find evidence of lynx with these cameras. Any time we visited these sites, we were also looking for other evidence of lynx such as scat or tracks. Lynx had been documented by Colorado Parks and Wildlife near the locations of several of the other cameras set up along I-70; thus we looked for evidence of lynx when visiting these cameras as well.

10. Rocky Mountain Wild is currently working to build the I-70 East Vail Pass Wildlife Crossings Project, which would include Colorado's first wildlife overpass on I-70 and two underpasses. In 2014, Rocky Mountain Wild and partners began a pre-construction monitoring program at the proposed overpass location using remote triggered cameras. Even though lynx are not a target species of this study, the study area is in a known lynx movement corridor, with documented lynx use; therefore, we are looking for and hoping to find evidence of lynx while conducting our research. In fact, in 2014, our wildlife cameras captured multiple photographs of a single lynx (see Figure 1) and in the years since, we have captured several more images of lynx. This project continues today and includes 30 cameras in the vicinity of three proposed crossing structures, including the

overpass, on the east side of Vail Pass. The evidence of lynx in the vicinity of the proposed Berlaimont development makes me feel certain that this will impact lynx and the habitat they need to survive.



Figure 1 - Canada lynx photo taken on the east side of Vail Pass by Rocky Mountain Wild and partners

11. I also have spent a lot of my personal time recreating in and exploring lynx habitat throughout the Rocky Mountains. Born and raised in the Southern Rockies, I have spent a lot of time in lynx habitat. Since moving back to the state of Colorado in 2004, I have gone on several hikes and camping trips in habitat identified by the Colorado Parks and Wildlife as potential lynx habitat. Whenever I am recreating, I am always looking for evidence of wildlife, be it an actual sighting, scat, tracks or other signs. When I am

7

recreating in an area where lynx have been documented or in potential lynx habitat, I am extra vigilant. This is a list of a few specific instances I can remember recreating in lynx habitat. In the summer of 2004, I spent a couple days hiking in Rocky Mountain National Park. In March of 2005, I snowshoed along the continental divide on Loveland Pass. In 2005, I spent Memorial Day Weekend camping and hiking in the Collegiate Mountains of Colorado west of Buena Visit. The weekend of June 10, 2006 and another weekend in June 2007, I spent camping and hiking just north and east of the Berlaimont parcel off of Red Sandstone Road north of Vail near Eagles Nest Wilderness. While completing my Master's research in the summer of 2006, I spent a weekend camping and hiking on Shrine Pass Road south of Vail Pass. The weekend of July 18, 2009, I camped in the Twin Lakes area near Leadville. Since 2008, I have hiked, snowshoed and camped along Guanella Pass in the area southwest of Georgetown several times. Since 2009, I have hiked the Herman Gulch/Watrous Gulch trails which are within the USFS Herman Gulch lynx linkage area several times. I have also camped several times in the Medicine Bow National Forest in southern Wyoming, an area in which lynx have been documented. In 2014, I camped on Gore Pass. In the years since, I have camped or stayed numerous times in areas identified by Colorado Parks and Wildlife as potential lynx habitat, including near Breckenridge, Montezuma, and the Flat Tops of northwest Colorado. I have also spent considerable time in lynx habitat in the Northern Rocky Mountains.

12. I'm aware of other RMW staffers who have used and enjoyed the Berlaimont project area. For example, our Legal Director Matt Sandler went on a tour of the project area with Berlaimont proponents and Forest Service officials in August of 2017. I've attached

a picture from that site visit below. Other RMW members live in the Eagle Valley and enjoy the area for recreation and wildlife viewing.



13. Other staffers at RMW have provided educational tools and research assistance to members and partners throughout the time that the Berlaimont Estates proposal has been under consideration by the U.S. Forest Service. Paul Millhouser's research on declining deer and elk populations helped provide a scientific explanation for trends that wildlife professionals and members of the public have long witnessed. His research confirms that Berlaimont will contribute to continued wildlife declines, as it will add more disruptive human and development pressure to sensitive habitat. RMW also has a Conservation Geographer on staff, Alison Gallensky, who conducted Geographic Information Systems (GIS) analysis of the development area and provided maps for members of the public and

          for RMW's partners throughout the process. This analysis and mapping helped us understand the full impacts of this action and provided visual representation of the ecological and wildlife values in the project area that will be impacted by the Berlaimont Estates proposal.

14. For as long as I can remember, I have been concerned about the well-being of the wildlife in the state of Colorado. Canada lynx are amazing predators that we are lucky to have back in our forests. I am saddened to know that human activities in the past have extirpated, or nearly extirpated, these magnificent cats from our forests once before. Having a viable population of lynx in the Southern Rockies means that the forests in the region are healthy – the prey lynx rely on are thriving so lynx are in turn also thriving. The anticipation of seeing one of these rare cats significantly enhances my time spent recreating in the forests of Colorado. Just knowing they are out there roaming the forest increases my enjoyment of these forests a hundred times over. I do hope to see a wild lynx during my lifetime.

15. I was consulted on the preparation of Rocky Mountain Wild's comments and pre-decisional objections that alerted the Forest Service to the failure to address Canada lynx and cutthroat trout impacts. FS-007150.  Throughout this process, the Forest Service maintained the erroneous position that there would be no affect on lynx. When the final decision was issued, I was surprised to hear the Forest Service used an Addendum, instead of environmental analysis, consultation, public comment, and other procedural protections required by the National Environmental Policy Act, National Forest Management Act, and Endangered Species Act to address lynx impacts.  FS-007153. Contrary to the claims in the Record of Decision's Addendum, Canada lynx impacts were

not adequately considered throughout the decisionmaking process that was based on the premise that the proposal "would not affect lynx habitat." FS-007132. A court order invalidating the decision is needed for the Forest Service to begin the process anew and in good faith in order to analyze the types of effects that are evasively admitted, for the first time, in the Addendum to Record of Decision. FS-007153.

16. Since 2014, Rocky Mountain Wild and partners have been using remote triggered cameras to conduct a pre-construction monitoring program in the area of three proposed wildlife crossing structures on the east side of Vail Pass. Elk and mule deer are the target species of this research, as these two species are the most abundant in the area and are going to benefit greatly from the wildlife crossing structures. Understanding the relative abundance and use of elk in the area is particularly important given that elk are less likely to use a crossing structure if it is not built large enough and with a good line of sight. Rocky Mountain Wild and partners are exploring additional research looking at the impacts of recreation on elk during sensitive times of the year.

17. My personal, professional, scientific, and philosophical interest in Canada lynx, elk, and other wildlife will be harmed by the lack of mitigation measures identified and the inadequate process underlying the decision by the US Forest Service which will result in this large-scale development. A lawful NEPA review of all wildlife impacts and formal endangered species consultation for lynx and cutthroat trout based on the correct public land management laws will provide me with a scientifically and legally sound interdisciplinary basis to explain to RMW members and government officials the impacts of this decision, hopefully persuading the relevant decision makers to deny or greatly restrict any use of the National Forest for expanded access to the Berlaimont parcel. A

lawful process and the possibility of a different outcome would remedy most, if not all harms to my personal, scientific, and spiritual interests in lynx survival and recovery and overall healthy wildlife populations and necessary connectivity corridors.

18. Part of the reason for my work is the interests of RMW members in lynx protection, healthy elk populations, and wildlife connectivity corridors. RMW members frequently use and enjoy areas around the Berlaimont parcel for hiking, skiing, wildlife observation and other outdoor pursuits, and will continue to do so into the future. They are interested in ensuring the cumulative impacts of human use do not cause lynx extinction, impede lynx recovery, further impact elk populations, or cause more barriers to movement. At least one member has seen, and photographed, lynx in Colorado's backcountry. As a result of our members' interest in lynx, elk, healthy wildlife populations and connectivity corridors, Rocky Mountain Wild is committed to fighting against projects that will negatively impact these values. Like me, these Rocky Mountain Wild members are harmed by the decision of the Forest Service to allow increased access to the Berlaimont parcel to construct more unnecessary mansions in wildlife habitat.

Under penalty of perjury, I swear the foregoing is true and correct.

Dated: 7/6/23

_____

Paige Singer