| | |
|---|---|
| **From:** | Andy Hensler |
| **To:** | Klein, Matthew - FS |
| **Cc:** | Mayville, Aaron W -FS; "Kelly Owens"; Vochoska Václav; Dominic Mauriello |
| **Subject:** | Re: Berlaimont - potential access route from due south ? |
| **Date:** | Friday, March 10, 2017 9:01:54 AM |
| **Attachments:** | Berglund Access email.pdf |
| | Berlaimont Ownership Map 3-2-17.pdf |
| | Brenner Access Letter.pdf |
| | image001.jpg |
| | image002.jpg |
| | image003.png |
| | image004.png |

Matt –

Per our earlier discussion, we've asked Dominic to put together a more detailed map that includes the route you identify (Beard Creek Rd) along with ownership. What we discovered is that none of the road is "public" but is owned by a number of different owners, including Cordillera Valley Club Metro District, the Brenners, Newmans, Berglunds, and others.

Hopefully the attached maps provide helpful information.

In the past, we've discussed access through this route with most of the owners. Each one with whom we've spoken has told us they would not allow access. After our recent conversation, we've gone back to the property owners to make the request more formally and asked that they provide their response in writing.

Attached are responses from Jimmy Brenner and Hans Berglund, both declining access. We have a formal request into the CVC metro district and will forward their response as soon as we receive it.

Please let me know if you have questions or concerns regarding any of the attachments or if we can provide any additional technical or historic information regarding this potential route and our reasons for considering it carefully but ultimately dismissing it.

Best regards,

Andy

**From:** "Klein, Matthew - FS"
**Date:** Tuesday, February 28, 2017 at 10:55 AM
**To:** 'Andy Hensler'
**Cc:** "Mayville, Aaron W -FS" , 'Kelly Owens'
**Subject:** Berlaimont - potential access route from due south ?

Andy:

It was a pleasure speaking with you this morning, as always.

Per our conversation, please take a look at the map below. The subject route in question is identified with the yellow pushpins labeled 1 thru 4. The questions that we need to answer – and your team may already know the answers – are:

- How much of the subject route is currently open as a local public road? At what location does the public road terminate?
- Who are the landowners of the private parcels that the subject route crosses? (In these instances, GIS data can be somewhat unreliable. Perhaps, your team has researched these questions previously.)
- Have each of these landowners been contacted regarding possibly granting an access easement? What were their responses?

Thanks,

Matt



**Matt Klein, AICP**
**Realty Specialist**

**Forest Service**
**Eagle/Holy Cross Ranger District, White River National Forest**

cell: 941-400-4452
matthewklein@fs.fed.us

24747 US Hwy 24, PO Box 190
Minturn, CO 81645

www.fs.fed.us

**Caring for the land and serving people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.



Friday, March 10, 2017 at 8:50:09 AM Mountain Standard Time

| | |
|---|---|
| **Subject:** | FW: Access to Berlaimont Estates via Beard Creek |
| **Date:** | Friday, March 10, 2017 at 6:39:00 AM Mountain Standard Time |
| **From:** | Vochoska Václav |
| **To:** | Dominic Mauriello, Andy Hensler |
| **Attachments:** | Berlaimont_Estates_Traffic_Letter_Final .pdf |

Andy, Dominic,
Please see response below from Hans Berglund. As anticipated and indicated previously, he is not OK with looking into options for access via Beard Creek.
Sincerely,
Vaclav

---

**From:** Hans Berglund <hans@berglundarchitects.com>
**Date:** Thursday, 9 March 2017 at 19:35
**To:** Vochoska Václav <vaclav.vochoska@cimex.cz>
**Cc:** Vaclav Vochoska <vaclav.vochoska@berlaimontestates.com>
**Subject:** RE: Access to Berlaimont Estates via Beard Creek

Dear Mr. Vochoaska.

I have reviewed your email below and the attached traffic study you sent me.   I am not willing to grant access through our property to your development.  I feel the significant added traffic would destroy the character of my secluded property.


Hans Berglund, AIA
LEED AP Home

**BERGLUND** ARCHITECTS, LLC

210 Edwards Village Blvd, Suite A103

P. O. Box 2378, Edwards, CO 81632

Phone 970 926 4301    Fax 926 4364

email: hans@berglundarchitects.com

Web:    www.berglundarchitects.com

---

**From:** Vochoska Václav [mailto:vaclav.vochoska@cimex.cz]
**Sent:** Wednesday, March 08, 2017 3:51 AM
**To:** Hans Berglund <hans@berglundarchitects.com>
**Cc:** Vaclav Vochoska <vaclav.vochoska@berlaimontestates.com>

**Subject:** Access to Berlaimont Estates via Beard Creek
**Importance:** High

Hans,
I would like to follow up on the communication regarding access to the Berlaimont Estates development, specifically, the option to create a new route of access utilizing Beard Creek Road North and the lands north of this roadway. Improvement of the section of the roadway through your property and those adjacent to your property into a Rural Minor Collector standard as defined by the ECLUR code (26ft paved surface road with 3ft gravel shoulder) is required as well as a construction of a new segment of road that would connect to the existing network of FSR/Forest Service Roads (FSR 778 and FSR 780) that would also require improvement to the same ECLUR standard.

We know that you are very familiar with the Berlaimont Estates project and the applicant's proposed access route.  I would like to formally ask you whether you would be willing to grant access (permanent year-round easement across your private property) so Berlaimont Estates LLC can seek further approvals and necessary permits to obtain access and construct and utilize a new access route to and from the developable portion of the Berlaimont Estates inholding.

For your convenience, the most recent scoping notice with project summary is below:
https://www.fs.usda.gov/detail/whiteriver/news-events/?cid=FSEPRD519321

I have also attached the Traffic Letter Study that indicated Average Daily Traffic, so you have an idea of what level of traffic/road usage is indicated.
Please let me know what is your position on allowing access across your property.
Most Sincerely,

Vaclav Vochoska
Berlaimont Estates, LLC




194332100001 - NEWMAN, GAIL E.

# EAGLE COUNTY
Official Website of Eagle county, colorado

Account Search | View Created Report(s) | Sale Search | Help?

**Account Information**
- Account Summary
- Remarks
- Owner Information
- Assessment History
- Verify E-mail
- View GIS

**Account Detail**
- Land
- Transfers
  - 201112828
  - B: 0571 P: 0549
  - B: 0340 P: 0489

Create Report

## Account: R014168

### Location
| | |
|---|---|
| Situs Address | 001281 BEARD RD |
| Tax Area | SC052 - EDWARDS (AREA) - SC052 |
| Parcel Number | 1943-322-00-003 |
| Legal Summary | Section: 32 Township: 4 Range: 82 PCLIN SE1/4NE1/4 BK-0340 PG-0488 05-12-82 BK-0558 PG-0491 PTD 07-25-91 |

### Owner Information
| | |
|---|---|
| Owner Name | NEWMAN, GAIL E. |
| Owner Address | PO BOX 32 AVON, CO 81620-0032 |

### Assessment History
| | Actual (2016) | Assessed |
|---|---|---|
| | $576,730 | $167,250 |
| Tax Area: SC052 | | Mill Levy: 58.5440 |

| Type | Actual | Assessed | Acres | SqFT | Units |
|---|---|---|---|---|---|
| Land | $576,730 | $167,250 | 36.410 | 0.000 | 0.000 |

### Transfers
| Sale Date | Sale Price | Doc Description |
|---|---|---|
| 05/11/1982 | $309,800 | Deeds |
| 01/14/1992 | $400,000 | SPECIAL WARRANTY DEED |
| 11/13/2007 | | DEATH CERTIFICATE |

GIS

Images



1943322000003 - NEWMAN, GAIL E.

1943322000002 - BEARD CREEK LLC









1943324000009 - NEWMAN, GAIL E.



1943324000010 - UNITED STATES OF AMERICA

# 194332300005 - NEWMAN, GAIL E.

## Account: R013877

### Location
**Situs Address** 001235 BEARD RD
**Tax Area** SC052 - EDWARDS (AREA) - SC052
**Parcel Number** 1943-323-00-005
**Legal Summary** Section: 32 Township: 4 Range: 82 PCL IN NE1/4 SW1/4
BK-0322 PG-0260 QCD 04-01-81
BK-0559 PG-0889 PTD 08-14-91
R854533 EAS 10-21-03
R854542 EAS 10-21-03

### Owner Information
**Owner Name** NEWMAN, GAIL E.
**Owner Address** PO BOX 32
AVON, CO 81620-0032

### Assessment History
**Actual (2016)**
**Assessed**

| Type | Actual | Assessed | Acres | SQFT | Units |
|---|---|---|---|---|---|
| Tax Area: SC052 | | | Mill Levy: 58.5440 | | |
| Improvements | $25,960 | $2,070 | 0.000520.000 | 0.000 | |
| Land | $346,420 | $27,580 | 21.870 | 0.000 | 0.000 |

**Actual** $372,380
**Assessed** $29,650

### Transfers

| Sale Date | Sale Price | Doc Description |
|---|---|---|
| 06/06/1980 | $100,000 | WARRANTY DEED |
| 01/14/1992 | $400,000 | SPECIAL WARRANTY DEED |
| 11/13/2007 | | DEATH CERTIFICATE |
| 201306721 | | EASEMENT |
| 201306722 | | EASEMENT |
| 201112828 | | |
| B: 0571 P: 0549 | | |
| B: 0304 P: 0569 | | |

Unpaved driveway



19433230005 - NEWMAN, GAIL E.

# 1943323308001 - BERNARD, MICHAEL & PAMELA







1943-323-11-001 - BERGLUND, HANS & ALIX



1943-323-06-001 - NEWMAN, GAIL E.



19433230 1007 - NEWMAN, GAIL E.

19433230101 - BRENNER, JAMES R. & MARK A







19433230310 - CORDILLERA VALLEY CLUB METROPOLITAN DISTRICT





March 8, 2017

Mr. Dominic Mauriello
Mauriello Planning Group, LLC
P.O. Box 4777
Eagle, CO 81631

RE: Berlaimont Estates Access in relation to Brenner Residence at 978 Beard Creek Road, Lot 1, South Scottsville, Edwards, CO

Dear Mr. Mauriello:

I have not had time to do a lot of research into this proposed option of access using Beard Creek Road North for a "Rural Minor Collector" to the proposed Berlaimont Estates but must state that my initial reaction would be to <u>oppose</u> such a decision. I do not foresee a situation or design that would allow me to grant access across our private property nor do I think it would be economically feasible to do so. The hillside is steep in this area and the necessary improvements would be a huge negative influence on our property and the environment.

I am aware of the of the proposal to improve NFSR 774 and NFSR 780 roads and favor this alternative as presented by the Forest Service and developers of Berlaimont last Fall.

Please let me know if I can be of further assistance or if I am missing something in my review.

Sincerely,

Jimmy Brenner
President