| | |
|---|---|
| **From:** | Ehrman, Matthew -FS |
| **To:** | Warner, Kevin -FS |
| **Cc:** | Fitzwilliams, Scott -FS; Mayville, Aaron W -FS; Klein, Matthew -FS; Stoeffler, Lisa -FS |
| **Subject:** | RE: Berlaimont Estates |
| **Date:** | Monday, March 19, 2018 3:16:40 PM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | Pages from Berlaimont - signed CRA sent to ASC.pdf |
| | image001.png |

I talked to Kevin on Friday about this and again this afternoon. Andy Hensler is crossing the line on much of the attached communication protocol. Particularly #1, 2, 4 & 6. If Mr. Vochoska has designated Andy to be the "Applicant's principal point of contact," the communication protocol applies to him. If he is acting as Mr. Vochoska's attorney, he needs to be interacting with OGC not us. I would like to highlight point 6 in particular:



Furthermore, I do not want to deal with someone with a past history of harassing our staff with threats of personal liability.

Kevin suggested that I call Aaron to run interference to us, but I think that this is a larger issue where we need to hold the proponent of this project to the MOU that they signed.

Matt



**Matt Ehrman**
**Forest Planner**

**Forest Service**
**White River National Forest**

p  970-945-3212
mehrman@fs.fed.us

900 Grand Avenue
Glenwood Springs, CO 81601
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Ehrman, Matthew -FS
**Sent:** Friday, March 16, 2018 3:50 PM
**To:** Warner, Kevin -FS <kwarner@fs.fed.us>
**Cc:** Fitzwilliams, Scott -FS <sfitzwilliams@fs.fed.us>
**Subject:** FW: Berlaimont Estates

Calling you shortly Kevin

**Matt Ehrman**
**Forest Planner**

**Forest Service**
**White River National Forest**

p  970-945-3212
mehrman@fs.fed.us

900 Grand Avenue
Glenwood Springs, CO 81601
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Andy Hensler [mailto:andy@huperetesadvisors.com]
**Sent:** Friday, March 16, 2018 3:17 PM

18-CV-887-30844

**To:** Klein, Matthew - FS <matthewklein@fs.fed.us>
**Cc:** Vochoska Václav <vaclav.vochoska@cimex.cz>; Larissa Read <lread@segroup.com>; Ehrman, Matthew -FS <mehrman@fs.fed.us>; Mayville, Aaron W -FS <awmayville@fs.fed.us>
**Subject:** Re: Berlaimont Estates

Thanks Matt.  Totally understand.

Any ETA on completion?

Best,
Andy

---

**From:** "Klein, Matthew - FS" <matthewklein@fs.fed.us>
**Date:** Friday, March 16, 2018 at 3:13 PM
**To:** 'Andy Hensler' <andy@huperetesadvisors.com>
**Cc:** Vochoska Václav <vaclav.vochoska@cimex.cz>, Larissa Read <lread@segroup.com>, "Ehrman, Matthew -FS" <mehrman@fs.fed.us>, "Mayville, Aaron W -FS" <awmayville@fs.fed.us>
**Subject:** RE: Berlaimont Estates

Hi Andy:

It is NOT a final count.  The SO in Glenwood is still processing comments for upload to CARA.  Working diligently, but it just takes some time.

Have a great weekend.

-Matt

**Matt Klein**
**Realty Specialist**
**Eagle/Holy Cross Ranger District, White River National Forest**
cell  941-400-4452

---

**From:** Andy Hensler [mailto:andy@huperetesadvisors.com]
**Sent:** Friday, March 16, 2018 3:11 PM
**To:** Klein, Matthew - FS <matthewklein@fs.fed.us>; Larissa Read <lread@segroup.com>
**Cc:** Vochoska Václav <vaclav.vochoska@cimex.cz>
**Subject:** Berlaimont Estates

Matt and Larissa –

Hope all is well.  It looks like Matt has made some serious progress in getting the comments uploaded to the cara site.  On last review, there were 435 comments, which I assume includes each individual form letter.

Can you confirm whether this is the final count or whether we should expect additional comments to be added?  We'd like to begin a comprehensive review so that we understand the issues first-hand and it would be super helpful to know whether we are looking at the entire universe or whether more comments are still being added.

Have a great weekend.

Thanks,
Andy



**Andy Hensle**r
andy@huperetesadvisors.com
720.984.3921

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this

18-CV-887-30845

message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.