| | |
|---|---|
| **From:** | Mayville, Aaron W -FS |
| **To:** | "Virginia Egger" |
| **Subject:** | Contact Information - Berlaimont |
| **Date:** | Wednesday, July 13, 2016 2:59:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Virginia,

Good seeing you today. Just wanted to give you some of the names of the people and groups we spoke about.

Berlaimont Estates is the ownership LLC for the property. It's located in sections 20 and 29 just north of Edwards (can't miss the big upside down U).

Their lead attorney is named Andy Hensler. His number is 720-984-3921, email andy@huperetesadvisors.com

I'm sure he, or someone from Berlaimont, will be in touch.

All the best,
Aaron



**Aaron Mayville**
**District Ranger (Acting)**

**Forest Service**
**White River National Forest, Eagle-Holy Cross Ranger District**

p: 970-827-5152
c: 970-309-2759
awmayville@fs.fed.us

24747 US Hwy 24, PO Box 190
Minturn, CO 81645
www.fs.fed.us

**Caring for the land and serving people**