IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDERNESS WORKSHOP, et. al.<br><br>   Plaintiffs,<br><br>v.<br><br>MERYL HARRELL, et al.,<br><br>   Defendants,<br><br>Berlaimont Estates, LLC<br><br>   Intervenor-Defendant | Civil Action No. 23-678-JMC |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Partial Motion for Summary Judgement, Cross-Motions for Summary Judgment, the corresponding Response and Reply Briefs, and the records presented to the Court, it is hereby

ORDERED that the Alaska National Interest Lands Conservation Act only applies in Alaska, and therefore Plaintiffs Partial Motion for Summary Judgment is GRANTED; it is further

ORDERED that Defendants' and Intervenor-Defendant' Cross-Motions for Summary Judgment is DENIED; and it is further

ORDERED that the National Environmental Policy Act analysis, Final Record of Decision, Errata Sheet, and all other agency action and analyses carried out in response to Berlaimont Estates' access requests are SET ASIDE and the Forest Service shall consider any Berlaimont Estates access request anew, pursuant to Federal Land Policy Management Act and other federal lands laws.

SO ORDERED.

Dated:_____  _____
                                United States District Judge