**Addendum: Judicial decisions ruling that 16 U.S.C. § 3210(a) applies to National Forest System Lands nationwide**

Decisions of Federal Courts of Appeal

1. *Mont. Wilderness Ass'n v. U.S. Forest Serv.*, 655 F.2d 951, 957 (9th Cir. 1981), cert. denied, 455 U.S. 989 (1982)

2. *United States v. Jenks*, 22 F.3d 1513, 1516 (10th Cir. 1994)

3. *Adams v. United States*, 255 F.3d 787, 794 (9th Cir. 2001)

4. *Fitzgerald Living Tr. v. United States*, 460 F.3d 1259, 1262 (9th Cir. 2006)

Decisions of Federal District Courts

5. *United States v. Jenks*, 804 F. Supp. 232, 235 n.2 (D.N.M. 1992), aff'd in part as modified, rev'd in part, 22 F.3d 1513 (10th Cir. 1994)

6. *Mountain States Legal Found. v. Espy*, 833 F. Supp. 808, 817 (D. Idaho 1993)

7. *Fitzgerald v. United States*, 932 F. Supp. 1195, 1201 n.2 (D. Ariz. 1996)

8. *Overland Ditch & Reservoir Co. v. United States*, No. 98 N 1149, 1999 WL 1087478, at *11 (D. Colo. June 17, 1999)

9. *Cabinet Res. Grp. v. U.S. Forest Serv.*, No. CV 00-225-M-DWM, 2004 WL 966086, at *3 (D. Mont. Mar. 30, 2004)

10. *Delany v. U.S. Forest Serv.*, No. CV 04-2352-PCT-MHB, 2007 WL 9724565, at *3 (D. Ariz. July 10, 2007)

11. *Delany v. U.S. Forest Serv.*, No. CV062265PHX-SMM, 2007 WL 4219436, at *3 n.6 (D. Ariz. Nov. 28, 2007)

12. *Friends of Columbia Gorge v. Forest Serv.*, 546 F. Supp. 2d 1088, 1102 (D. Or. 2008)

13. *McFarland White Ranch v. Schafer*, No. CV-08-77-BLG-RFC-CSO, 2009 WL 1392108, at *6 n.4 (D. Mont. May 15, 2009)

14. *Breaker v. United States*, 977 F. Supp. 2d 921, 937 (D. Minn. 2013)

15. *Wilderness Watch v. King*, No. CV 12-102-M-DWM, 2013 WL 3331264, at *6 (D. Mont. July 1, 2013)

16. *Nat'l Parks Conservation Ass'n v. United States*, 177 F. Supp. 3d 1, 16 n.6 (D.D.C. 2016)

17. *Montana Mine Land Holdings, LLC v. U.S. Dep't of Agric.,* No. CV 17-65-H-CCL, 2018 WL 1640866, at *3 (D. Mont. Apr. 5, 2018)

18.  *Rocky Mountain Wild v. Dallas*, No. 19-CV-01512-CMA, 2020 WL 1529181, at *2 (D. Colo. Mar. 31, 2020)

Decisions of other Federal Courts

19. *Est. of Giovacchini v. Comm'r*, 105 T.C.M. (CCH) 1179 (T.C. 2013)