**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDERNESS WORKSHOP, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:23-cv-00678-JMC |
| | ) |
| v. | ) |
| | ) |
| MERYL HARRELL, Deputy Under | ) ORAL ARGUMENT REQUESTED |
| Secretary for Natural Resources and | ) |
| Environment, U.S. Department of | ) |
| Agriculture, *et al.*, | ) |
| | ) |
| Federal Defendants, and | ) |
| | ) |
| BERLAIMONT ESTATES, LLC, | ) |
| | ) |
| Intervenor-Defendant. | ) |
| | ) |

**<u>FEDERAL DEFENDANTS' CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT</u>**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and the Court's June 23, 2023 Minute Order, Federal Defendants Meryl Harrell, Chris French, Frank Beum, Tamara Angel, Scott Fitzwilliams, U.S. Department of Agriculture, and U.S. Forest Service ("Federal Defendants") hereby file their cross-motion for partial summary judgment. For the reasons provided in Federal Defendants' Memorandum in Support of Federal Defendants' Cross-Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, filed herewith, Federal Defendants respectfully request that the Court grant their cross-motion for partial summary judgment, deny Plaintiffs' motion for partial summary judgment, and dismiss Claim One of Plaintiffs' First Amended Complaint to the extent the claim relies on Plaintiffs' assertion that Section 3210(a) of the Alaska National Interest Lands Conservation Act does not apply outside Alaska. ECF No 15-1 ¶¶ 187-97.

Pursuant to Local Rule 7(f), Federal Defendants hereby request an oral hearing on this motion should the Court deem it helpful for resolution of this case.

Respectfully submitted this 18th day of August, 2023.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

*Attorney for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2023, a copy of this foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

*/s/ Emma L. Hamilton*
Emma L. Hamilton